# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PANAMA CITY DIVISION

STANLEY D. SIRMANS,

      Plaintiff,

v.                                     CASE NO.  5:08cv25-RH/WCS

SERGEANT R. WILLIAMS, et al.,

      Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation (document 34).  No objections have been filed.  Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion.  The clerk must enter judgment stating, "The complaint is dismissed with prejudice under 28 U.S.C. § 1915(e)(2)(B)."  The clerk must close the file.

SO ORDERED on June 22, 2009.

s/Robert L. Hinkle_____
United States District Judge